◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARISTIDES SANTANA, Appellant. [960 NYS2d 321]—Appeal by the defendant from an order of the County Court, Suffolk County (Kahn, J.), dated March 26, 2012, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court properly determined that he was not entitled to a downward departure from his presumptive risk level. Thus, he was properly designated a level three sex offender (*see People v Wyatt*, 89 AD3d 112, 128-129 [2011]; *People v Bowden*, 88 AD3d 972, 973 [2011]; *People v Mondo*, 88 AD3d 676 [2011]; *People v Livingston*, 87 AD3d 628 [2011]). Rivera, J.P., Hall, Roman and Miller, JJ., concur.